IN THE SUPREME COURT OF THE STATE OF MONTANA

FILED

JUN 2 4 2003

Ed Smith
CLERK OF SUPREME COURT
STATE OF MONTANA

| | |
|---|---|
| IN THE MATTER OF THE CREATION OF THE COMMISSION ON THE CODE OF JUDICIAL CONDUCT AND THE APPOINTMENT OF MEMBERS THERETO | )<br>)<br>)<br>)   O R D E R |

Montana is the only jurisdiction which continues to subscribe to the Canons of Judicial Ethics (Canons). The Canons were adopted by this Court in 1963. The Canons date from 1908 and have been amended only in minor respects since their adoption. Each of our sister States has adopted one or another version of the ABA Code of Judicial Conduct (Code). A historical discussion of the Canons (and its deficiencies), the Code, and comparisons between the two were discussed extensively in *Harris v. Smartt*, 2002 MT 239, ¶¶ 88-116, 311 Mont. 507, ¶¶ 88-116, 57 P.3d 58, ¶¶ 88-116, (Nelson, J., concurring).

On December 31, 2002, Professor David J. Patterson, Montana School of Law, wrote to this Court and suggested that this Court appoint a commission to study and to consider adopting the Code. Professor Patterson suggested that the Code model would best serve the current needs of Montana's judicial branch, provide uniformity, and provide access to a national data base of decisions and ethics opinions.

Having considered this matter, *Smartt,* and Professor Patterson's letter, we agree that it is appropriate that we establish a commission to study this matter further and to make recommendations to this Court as to whether to adopt some version of the Code. Therefore,

1

pursuant to Article VII, Section 2(2), of the Constitution of Montana,

IT IS ORDERED that there is hereby established the COMMISSION ON THE CODE OF JUDICIAL CONDUCT (Commission). This Commission shall be comprised of seven members who shall serve at the pleasure of and until further order of this Court. This Commission shall consist of three members of this Court, two District Court Judges and two judges of the Courts of Limited Jurisdiction, one being an attorney judge and one being a non-attorney judge.

IT IS FURTHER ORDERED that the following persons are appointed to serve on this Commission:

> Supreme Court Justice Patricia O. Cotter, member and Chairperson
> Supreme Court Justice James C. Nelson, member
> Supreme Court Justice John Warner, member
> District Court Judge, Katherine R. Curtis, member
> District Court Judge, Gregory R. Todd, member
> Justice of the Peace, G. Lewis Scott, member (attorney judge)
> Justice of the Peace, Karen A. Orzech, member (non-attorney judge)

IT IS FURTHER ORDERED that Professor David J. Patterson is appointed to serve as the reporter for this Commission. Professor Patterson shall provide advice, academic expertise and drafting services to this Commission, but shall not be a voting member.

IT IS FURTHER ORDERED that the Court Administrator's Office shall provide staff support to this Commission as may, from time to time, be necessary and appropriate.

IT IS FURTHER ORDERED that the Clerk of this Court give notice of this order by mail to the Justices and Judges above-named; to Professor David J. Patterson; to Jim

2

Oppedahl, Court Administrator; to the President of the Montana Judges Association for distribution to its members; to the President of the Montana Magistrates' Association for distribution to its members; and to the Executive Director of the State Bar of Montana and to the State Law Librarian with a request that this order be posted to the Bar's and Library's respective websites.

DATED this 24th day of June, 2003.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

3